UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

JUDY DOLLISON,

    Plaintiff,

vs.                                                  Case Number: 13-CV-100-CVE-FHM

AMERICAN NATIONAL INSURANCE
COMPANY,

    Defendant.

## SETTLEMENT CONFERENCE REPORT

On 06/25/2013 a Settlement Conference was held in the captioned matter.

[X] The litigation was settled; within __20__ days of the date hereof, the Plaintiff and Defendant shall file:

    -- a Stipulation of Dismissal
    OR
    -- a Journal Entry of Judgment.

[ ] The litigation was not settled.

[ ] Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2013.

DATED: 06/25/2013.

_____
Paul J. Cleary
U.S. Magistrate Judge

Settlement Confernce Report (SC-03 3/10)