# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JUDY DOLLISON, individually and as )<br>2. Personal Representative of the estate of )<br>    DALE DOLLISON, and )<br>3. on behalf of all others similarly situated, )<br>    )<br>    Plaintiff, )<br>    )<br>v.    )<br>    )<br>1. AMERICAN NATIONAL INSURANCE )<br>2. COMPANY and )<br>3. KEYSTONE CHEVROLET, INC. )<br>    )<br>    Defendants. )  | CASE NO.: 13-CV-100-CVE-FHM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41, the parties stipulate to dismiss the above styled cause of action with prejudice. In support of such stipulation, the parties attended a settlement conference on June 25, 2013 and have agreed to resolve the Plaintiff's claims to the mutual satisfaction of all parties involved.

Respectfully Submitted,

s/ Zachary T. Barron
Richard D. Gibbon, OBA # 3340
Bradford D. Barron, OBA # 17571
Zachary T. Barron, OBA # 18919
Gibbon, Barron & Barron, PLLC
20 East 5th Street, Suite 1000
Tulsa, Ok 74103
(918) 745-0687 phone
(918) 745-0821 facsimile
Rgibbon@gbbfirm.com
Bbarron@gbbfirm.com
Zbarron@gbbfirm.com

And

s/ Kenneth E. Wagner
Bob L. Latham, OBA# 15799
Kenneth E. Wagner, OBA # 16049
LATHAM, STALL, WAGNER,
STEELE & LEHMAN
10441 S. Regal Blvd.
Suite 200
Tulsa, Oklahoma 74133
Telephone: (918) 970-2000
Facsimile: (918) 970-2002
blatham@lswsl.com
kwagner@lswsl.com

*Attorneys for American National Insurance Company*


Kevin Lee Dodson, OBA#19083
308 A NE 1st St
Pryor, Oklahoma 74361
Telephone: (918) 824-3600
Facsimile: (918) 824-3601
kdlo@sbcglobal.net

*Attorneys for Plaintiff*